No. 03–6029. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6217. SNOW *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–6481. SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6511. ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6543. STEPTOE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6544. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6558. ANCIRA *v.* UNITED STATES; ASTORGA-RAMIREZ *v.* UNITED STATES; GREEN *v.* UNITED STATES; LOPEZ-LARA *v.* UNITED STATES; DE SAN JUAN MARTINEZ *v.* UNITED STATES; MEDRANO *v.* UNITED STATES; RAMKISHUN *v.* UNITED STATES; RIOS-RAMIREZ *v.* UNITED STATES; and SANABRIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 73 Fed. Appx. 79 (eighth judgment), 81 (first, second, fourth, seventh, and ninth judgments), and 82 (third, fifth, and sixth judgments).

No. 03–6597. FRANKLIN *v.* UNITED STATES;
No. 03–7112. EDWARDS *v.* UNITED STATES; and
No. 03–7120. BURNES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 66 Fed. Appx. 844.

No. 03–6653. ZIMMERMAN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6681. GREENBERG *v.* CITY OF ST. PAUL, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–6743. EVANS *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6745. HENDRICKS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.